UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T.D.C. INTERNATIONAL CORP.,
d/b/a E-Z MOVING CO., INC.,

       Plaintiff,                                  Case No: 13-10195

vs.                                                      HON. AVERN COHN

EZ MOVERS, INC.,

       Defendant.
_____/

## **JUDGMENT**

On January 13, 2014, the Court entered an order granting in part and denying in part both Plaintiff's and Defendant's motions for summary judgment (Doc. 38). Pursuant to the order, judgment is entered in favor of Plaintiff and against Defendant, as follows:

a. Defendant shall cease any advertising that suggests or imitates that E-Z Movers is a Michigan entity, that it performs any intrastate moves within the state of Michigan or that would suggest to a reasonable person that it is a Michigan business or performs Michigan intrastate moves.

b. Defendant is enjoined from advertising via websites that are misleading by creating the impression that Defendant is a local company that can provide intrastate Michigan moves.

SO ORDERED.

                                                         s/ Avern Cohn
Dated: February 11, 2014       UNITED STATES DISTRICT JUDGE

CERTIFICATION

  I hereby certify that a copy of this Order was served by electronic means to counsel of record on this 11th day of February, 2014.

             s/ Carol J Bethel
             Case Manager